UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    x
THEODORE PARISIENNE,                     :   No:  1:17-cv-04462-VM
                     Plaintiff,          :
                                         :
           -against-                     :   ECF Case
                                         :
MOGULDOM MEDIA GROUP LLC,                :   CORPORATE DISCLOSURE
                     Defendant.          :   STATEMENT
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    x
```

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Moguldom Media Group LLC, by and through its undersigned counsel, hereby certifies that Moguldom Media Group LLC is not a public company and no public corporation owns 5% or more of an interest in Moguldom Medial Group LLC.

Dated: July 6, 2017                       Respectfully submitted,
      New York City, New York

                                      FOX ROTHSCHILD LLP

                                      By:   */s Christopher P. Beall*
                                          Christopher P. Beall
                                      101 Park Avenue, 17th Floor
                                      New York, NY 10178
                                      Tel. (646) 601-7635
                                      Fax. (212) 692-0940
                                      cbeall@foxrothschild.com

                                     *Counsel for Moguldom Media Group LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on this  6th  day of  July , 2017, a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** was filed with the Court through the ECF system, which generates an electronic notice of service by email delivery to all counsel of record.

                                      *s/ Christopher P. Beall*
                                       Christopher P. Beall